JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORENO,<br><br>                Plaintiff,<br><br>            v.<br><br>V. HULL, ET AL.,<br><br>                Defendant(s). | Case No. EDCV 20-272-CJC (KK)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: December 29, 2020



HONORABLE CORMAC J. CARNEY
United States District Judge